1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.854.6899
7  Attorneys for Plaintiff

8

9              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
10

11  BEVERLY HARRIS,                      )
                                         ) CASE NO.: 2:14-cv-08969-AGR
12        Plaintiff,                     )
13                                       )
    v.                                   )
14                                       )
                                         ) ORDER AWARDING
15  CAROLYN W. COLVIN, Acting,           ) EAJA FEES
16  Commissioner of Social Security,     )
                                         )
17        Defendant.                     )
18  _____  )

19

20

21        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

22        IT IS ORDERED that EAJA fees are awarded in the amount of TWO

23  THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($2,200.00) subject to

24  the terms of the stipulation.

25

26  DATED:  November 3, 2015        _____
27                                  HON. ALICIA G. ROSENBERG
28                                  UNITED STATES MAGISTRATE JUDGE

-1-